**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | |
| | ) | |
| Entire premises located at 375 5th | ) | **ORDER** |
| Avenue Northwest, Apt. #20, Killdeer, | ) | |
| North Dakota, and all computer and | ) | |
| other electronic devices or other media | ) | |
| located therein capable of the storage of | ) | Case No.  1:09-mj-004 |
| digital information. | ) | |

On motion of the Government and for the reasons stated in support of its motion, **IT IS ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including Affidavit of Randy W.  Helderop, Special Agent, U.S. Immigration & Customs Enforcement (ICE), Search Warrant Return, and Motion to Seal, as well as this Order, in the above-captioned matter are sealed until further Order of this court.

Dated this 13th day of January, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge